Jacob L. Hirning and Wilhelmina Hirning, Appellees, v. Contracting and Material Company et al., Appellants.

Gen. No. 41,719.

Heard in third division, first district, this court at June term, 1941; opinion filed January 7, 1942; rehearing denied January 22, 1942. Rawlins & Wright, for certain appellant; Cassels, Potter & Bentley, for certain other appellants; H. G. Marshall and Leslie H. Vogel, of counsel; Irving N. Stenn and Marion J. Hannigan, for appellees. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."